**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**SHERRIE LYNN COOPER**                                                    **PLAINTIFF**

**v.**                                   **CASE NO. 1:08-CV-00047 BSM**

**CENTURYTEL, INC.; CENTURYTEL**
**OF ARKANSAS, INC.; CENTURYTEL**
**OF MOUNTAIN HOME, INC.; and**
**STANDARD INSURANCE COMPANY**                                   **DEFENDANTS**

**ORDER**

Before the court is the motion to dismiss filed by separate defendants CenturyTel, Inc., CenturyTel of Arkansas, Inc., and CenturyTel of Mountain Home, Inc. Separate defendants assert that the complaint should be dismissed for failure to state a claim against them pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff agrees that she was paid short-term disability benefits, and thus, these defendants should be dismissed. Separate defendants' motion is granted.

Accordingly, the motion to dismiss filed by separate defendants CenturyTel, Inc., CenturyTel of Arkansas, Inc., and CenturyTel of Mountain Home, Inc. (Docket No. 3) is granted. Separate defendants CenturyTel, Inc., CenturyTel of Arkansas, Inc., and CenturyTel of Mountain Home, Inc. are dismissed from this action.

IT IS SO ORDERED this 6th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE